

Arthur S. Alperstein
E. Lynn Hoffman
Robert H. Wolf
Patricia A. Cleaveland
Andrew I. Alperstein
Warren S. Alperstein
Christopher P. Wheatcroft
A.C. Sandy Steeves
Joseph M. Pappafotis

*Of Counsel:*
Jill A. Snyder

May 27, 2021

The Honorable Ellen L. Hollander
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *United States v. Stephen W. Cormack*
               Crim. No. ELH-19-0450

Dear Judge Hollander:

      The defense has had an opportunity to review the materials subject to the Protective Order in the above captioned case that was signed on May 26, 2021. After reviewing the materials, undersigned counsel has concluded that no further cross-examination is necessary for purposes of the hearing on the Motion to Suppress. Accordingly, the defense respectfully requests that the Court cancel the hearing currently scheduled for this afternoon at 3:00 pm.

      Respectfully,

      /s/
      Andrew I. Alperstein
      Joseph M. Pappafotis
      Counsel for Stephen Cormack

cc:    Matthew J. Maddox, AUSA (via ECF)
       Adam K. Ake, AUSA (via ECF)
       Karen Warren, Judicial Assistant to Judge Hollander (via email)

~ Established 1978 ~

201 N. Charles Street | Suite 2000 | Baltimore, Maryland 21201
p 410.685.0990 | f 410.539.2541 | e info@alpersteinlaw.com | www.AlpersteinAndDiener.com