**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

May 28, 2021

LETTER TO COUNSEL

    Re:   *United States of America v. Stephen Wayne Cormack*
           Criminal No.: ELH-19-0450

Dear Counsel:

    At about 3:30 p.m. on Friday, May 28, 2021 (the eve of the holiday weekend), the government filed an "Omnibus Motions *In Limine*." ECF 59. It pertains to four categories of evidence.

    By Order of November 2, 2020 (ECF 28), motions in limine were due by February 26, 2021. Thus, the motion is about three months late, without any explanation for the belated filing. Moreover, the Court recently held a motion hearing in this case. If ECF 59 had been timely filed, the Court would have addressed it at the motion hearing.

    Trial is imminent. It is set for June 21, 2021.

    By the close of business on **June 1, 2021,** the government shall provide the Court with an explanation for its belated filing.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

    Sincerely,

    /s/
    Ellen Lipton Hollander
    United States District Judge