

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Matthew J. Maddox*
*Assistant United States Attorney*
*Matthew.maddox2@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

DIRECT: 410-209-4940
MAIN: 410-209-4800
FAX: 410-962-0716

June 1, 2021

The Honorable Ellen L. Hollander
United States District Court of the District of Maryland
101 West Lombard Street, Chambers 5B
Baltimore, MD 21201

    Re:    United States v. Stephen Wayne Cormack, Criminal No. ELH-19-0450

Dear Judge Hollander,

    Your Honor's letter dated May 28, 2021, requests an explanation for the Government's belated filing of motions *in limine* in this matter. Undersigned counsel overlooked filing a motion for leave to file the motions *in limine* beyond the deadline set in the Court's scheduling order and apologizes for the oversight and for the late filing.

    With this letter, the Government has filed a motion for leave to file the motions *in limine* out of time. As explained in that motion, the Government did not initially intend to file motions *in limine* but reconsidered the matter after the Superseding Indictment was filed on April 29, 2021, and as it undertook preparations for trial. Since that time, deadlines and court proceedings in this case and other cases prevented counsel for the Government from preparing and filing the motions *in limine* until last Friday, May 28th. Some of the evidence at issue was not acquired before the deadline for motions *in limine* and was not relevant until the superseding charges were filed.

    Undersigned counsel notes that none of the motions *in limine* presents any novel or fact-intensive issues that will require an extensive hearing. The motions *in limine* have been filed in advance of the pretrial conference and in far enough advance of trial for the defense to determine whether they will oppose any of the motions and, if so, to file any written response.

    Undersigned counsel regrets and apologizes for the late filing and respectfully requests that the Court accept and consider the motions *in limine* in advance of trial.

                                         Respectfully,

                                         Jonathan F. Lenzner
                                         Acting United States Attorney

                                         _____/s/_____
                                         Matthew J. Maddox
                                         Assistant United States Attorney

cc: Andrew Alperstein and Joseph Pappafotis, Counsel for Stephen Wayne Cormack